IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )       2:16cr347-MHT
                           )            (WO)
SERGIO MANUEL SANCHEZ      )
```

**MENTAL-HEALTH ORDER**

In accordance with the judgment of revocation entered on January 30, 2020 (doc. no. 145), it is ORDERED as follows:

(1) Defendant Sergio Manuel Sanchez is to have two assessments done. Each assessment is to be done within 14 days, and filed with the court within 21 days, of the date of the judgment.

  (a) The first assessment should be a dual-diagnosis assessment that must include an updated MAT assessment. This assessment should be done at Gateway at the first available opportunity.

(b) The second assessment should be a comprehensive mental-health evaluation. This assessment should be done by Dr. Flores.

(2) If either assessment recommends inpatient drug treatment, the court will revisit the issue.

(3) If instead the two assessments recommend outpatient drug treatment, defendant Sanchez is to receive the recommended treatment at a facility capable of providing defendant Sanchez counseling at least six days a week. Defendant Sanchez is also to pay for the treatment, to the extent he is able to.

DONE, this the 3rd day of February, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE