IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )       CRIMINAL ACTION NO.
        v.                      )          2:16cr347-MHT
                                )             (WO)
SERGIO MANUEL SANCHEZ           )

ORDER

The court previously ordered two mental-health assessments for defendant Sergio Manuel Sanchez. *See* Mental-Health Order (doc. no. 146). The issue now before the court is the development of a treatment plan.

During an on-the-record telephone conference on February 25, 2020, the court discussed two plans with with counsel and probation. In the first plan, Sanchez would continue to receive intensive, outpatient dual-diagnosis treatment, including counseling, group therapy, and psychiatry, from Gateway, and, separately, MAT from a local doctor unaffiliated with Gateway. In the second plan, Sanchez would instead receive

intensive, inpatient dual-diagnosis treatment, which Dr. Adriana L. Flores considered to be "critical" in her psychological evaluation, Psychological Evaluation (doc. no. 150) at 15, but for which it was not clear which facility would provide the treatment.

The court's primary concern with the first plan was that the dispensing of MAT appeared to be untethered to the rest of the treatment provided by Gateway. The court is reluctant to require the provision of MAT separate from other treatment. Nevertheless, the court is willing to pursue this first plan on the condition that defense counsel make arrangements with Gateway to coordinate Sanchez's MAT treatment with the rest of his treatment. As a result, the court will pretermit ordering the second plan.

**\*\*\***

Accordingly, it is ORDERED as follows:

(1)    Defendant Sergio Manuel Sanchez is to continue to receive the recommended treatment at Gateway

and continue to receive MAT from a doctor unaffiliated with Gateway, provided that MAT continues to be recommended for defendant Sanchez and provided that there is some "overall coordination" between defendant Sanchez's need for MAT treatment and the Gateway treatment.

(2)    Defense counsel is to inform the court, by 5:00 p.m. on Tuesday, March 3, 2020, (a) whether there is now some "overall coordination" between defendant Sanchez's need for MAT treatment and the Gateway treatment and (b) what the nature of that coordination is.

DONE, this the 26th day of February, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3